UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM BARRY MILLIKEN JR.,

        Plaintiff,

vs.                                                      Case No. 8:04-CV-583-T-27MAP

TAMPA BAY SHIPBUILDING & REPAIR
COMPANY,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo recommending that Defendant's Motion for Attorney's Fees (Dkt. 61) be granted as to the amount of $22,450.00. (Dkt. 69). Plaintiff has filed a "Response to Report and Recommendation" (Dkt. 73) and an "Additional Response to Allegations" (Dkt. 74). In response, Defendant filed a Memorandum in Opposition to Plaintiff's Response to Report and Recommendation and Plaintiff's Additional Response to Allegations (Dkt. 75). Upon consideration, it is

**ORDERED AND ADJUDGED that:**

1. The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review. In Plaintiff's response (Dkt. 73) and additional response (Dkt. 74), Plaintiff fails to raise any legitimate objection to the Report and Recommendation. While this Court acknowledges that awards of attorney's fees against *pro se* litigants are rare, the Magistrate Judge correctly concluded

that this is one of those rare instances where an award of fees are warranted. The undersigned agrees that the fee petition submitted fails to justify the hours spent and the number of personnel involved in defending the lawsuit. Accordingly, an award in the amount of $22,450.00 is reasonable.

2. Defendant's Motion for Attorney's Fees (Dkt. 61) is GRANTED. Plaintiff shall pay Defendant $22,450.00 for fees and costs incurred.

**DONE AND ORDERED** in chambers this 17th day of November, 2005.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record